UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALLEN TOMAS,

        Petitioner,                  Case No. 1:16-cv-269

v.                                    Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   June 1, 2016                    /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge